UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
        §
CURTIS, JEFFREY ALLEN  § Case No. 11-13050
CURTIS, THERESA MARIE  §
        §
        Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/EDWARD J NAZAR_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 11-13050   DLS   Judge: DALE L. SOMERS | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|
| Case Name: | CURTIS, JEFFREY ALLEN | Date Filed (f) or Converted (c): | 09/29/11 (f) |
| | CURTIS, THERESA MARIE | 341(a) Meeting Date: | 10/24/11 |
| For Period Ending: | 09/14/13 | Claims Bar Date: | 01/31/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2021 N. PARKDALE CT, WICHITA, KS 67212 | 128,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 5.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT NUMMBER 5503 | 100.00 | 0.00 | | 0.00 | FA |
| 4. MERITRUST CREDIT UNION, CHECKING AND SAVINGS ACCTS | 160.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHING | 4,000.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 2002 DODGE DAKOTA | 10,500.00 | 0.00 | | 0.00 | FA |
| 9. 2007 JEEP COMMANDER | 18,595.00 | 0.00 | | 0.00 | FA |
| 10. TAX REFUNDS (u) | Unknown | 0.00 | | 1,850.35 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $163,360.00 | $0.00 | | $1,850.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR TO BE FILED//July 01, 2013, 02:50 pm

Initial Projected Date of Final Report (TFR): 11/01/12     Current Projected Date of Final Report (TFR): 09/01/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-13050 -DLS | | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|---|
| Case Name: | CURTIS, JEFFREY ALLEN | | Bank Name: | BANK OF KANSAS CITY |
| | CURTIS, THERESA MARIE | | Account Number / CD #: | *******2748 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8931 | | | |
| For Period Ending: | 09/14/13 | | Blanket Bond (per case limit): | $ 27,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/19/12 | 10 | JEFFREY ALLEN CURTIS<br>2021 N PARKDALE CT<br>WICHITA, KS 67212 | TAX REFUND | 1224-000 | 1,850.35 | | 1,850.35 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.05 | 1,848.30 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.11 | 1,846.19 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.11 | 1,844.08 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.48 | 1,841.60 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.74 | 1,838.86 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 1,828.86 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,818.86 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,808.86 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,850.35 | 41.49 | 1,808.86 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,850.35 | 41.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,850.35 | 41.49 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2748 | 1,850.35 | 41.49 | 1,808.86 |
| | 1,850.35 | 41.49 | 1,808.86 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   1,850.35   41.49

Case Number: 11-13050      Claim Class Sequence
Debtor Name: CURTIS, JEFFREY ALLEN
Claims Bar Date: 01/31/13

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001B 070 7100-00 | Meritrust Credit Union fka Boeing Wichita Credit Union PO Box 789757 Wichita KS 67278 | Unsecured | Filed 10/12/11 | $843.20 | $0.00 | $843.20 |
| 000002 070 7100-00 | Capital One Bank USA NA PO Box 71083 Charlotte NC 282721083 | Unsecured | Filed 11/12/12 | $2,667.34 | $0.00 | $2,667.34 |
| 000003 070 7100-00 | Capital One Bank USA NA PO Box 71083 Charlotte NC 282721083 | Unsecured | Filed 11/12/12 | $567.76 | $0.00 | $567.76 |
| 000004 070 7100-00 | Capital One Bank USA NA PO Box 71083 Charlotte NC 282721083 | Unsecured | Filed 11/12/12 | $931.27 | $0.00 | $931.27 |
| 000005 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | Filed 11/19/12 (5-1) Unsecured Debt | $619.84 | $0.00 | $619.84 |
| 000006 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | Filed 11/19/12 (6-1) Unsecured Debt | $794.43 | $0.00 | $794.43 |
| 000007 070 7100-00 | U.S. Department of Education P.O. Box 5609 Greenville, TX 75403-5609 | Unsecured | Filed 11/20/12 | $26,728.33 | $0.00 | $26,728.33 |
| 000008 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | Filed 11/29/12 | $10,081.12 | $0.00 | $10,081.12 |
| 000009 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | Filed 12/07/12 | $39,533.10 | $0.00 | $39,533.10 |
| 000010 070 7100-00 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured | Filed 12/17/12 | $219.78 | $0.00 | $219.78 |
| 000011 070 7100-00 | Capital One NA Bass and Associates PC 3936 E Ft Lowell Road suite 200 Tucson AZ 85712 | Unsecured | Filed 12/17/12 | $1,008.82 | $0.00 | $1,008.82 |
| 000012 070 7100-00 | Portfolio Investments II LLC c/o Recovery Management Systems Corp | Unsecured | Filed 01/31/13 | $367.56 | $0.00 | $367.56 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 14, 2013

Case Number: 11-13050
Debtor Name: CURTIS, JEFFREY ALLEN
Claims Bar Date: 01/31/13

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131-1605 | | | | | |
| 000001A<br>050<br>4210-00 | Meritrust Credit Union<br>fka Boeing Wichita Credit Union<br>PO Box 789757<br>Wichita KS 67278 | Secured<br>S/C/N Given | Filed 10/12/11 | $10,738.00 | $0.00 | $10,738.00 |
| | Case Totals: | | | $95,100.55 | $0.00 | $95,100.55 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-13050
Case Name: CURTIS, JEFFREY ALLEN
       CURTIS, THERESA MARIE
Trustee Name: EDWARD J NAZAR

    Balance on hand    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Meritrust Credit Union | $ | $ | $ | $ |

    Total to be paid to secured creditors    $_____

    Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: EDWARD J NAZAR | $ | $ | $ |
| Trustee Expenses: EDWARD J NAZAR | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Case 11-13050   Doc# 38   Filed 09/30/13   Page 7 of 9

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Meritrust Credit Union | $ | $ | $ |
| 000002 | Capital One Bank USA NA | $ | $ | $ |
| 000003 | Capital One Bank USA NA | $ | $ | $ |
| 000004 | Capital One Bank USA NA | $ | $ | $ |
| 000005 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000006 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000007 | U.S. Department of Education | $ | $ | $ |
| 000008 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000009 | Sallie Mae | $ | $ | $ |
| 000010 | eCAST Settlement Corporation | $ | $ | $ |
| 000011 | Capital One NA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Investments II LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____


    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

NONE


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE