**SO ORDERED.**

**SIGNED this 23rd day of October, 2013.**



Dale L. Somers
United States Bankruptcy Judge

---

EDWARD J NAZAR
REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202-1117

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CURTIS, JEFFREY ALLEN | ) | Case No. 11-13050 |
| CURTIS, THERESA MARIE | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING DISTRIBUTION OF FEES AND EXPENSES

The trustee, Edward J Nazar, of the above-captioned case has affirmed and the Court finds that appropriate notice was given to all creditors of the proposed distribution of the estate, that the objection deadline has passed and that no objections have been filed by a party in interest.

IT IS THEREFORE ORDERED that the trustee is authorized to pay the fees and expenses requested in the Notice of Intended Distribution.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Bankruptcy Rule 3011.

# # #

IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE: Order Authorizing Distribution of Fees and Expenses
    CURTIS, JEFFREY ALLEN
    Bankruptcy Case No. 11-13050
    Page 2

SUBMITTED BY:

REDMOND & NAZAR, L.L.P.

/s/ EDWARD J NAZAR
EDWARD J NAZAR
245 North Waco, Suite 402
Wichita, KS 67202-1117
(316) 262-8361

## SUMMARY PAGE

| | | |
|---|---:|---:|
| Total Receipts by Trustee: | $ | 1,850.35 |
| Total Disbursements to date: | $ | 41.49 |
| Funds Currently on hand: | $ | 1,808.86 |

\*\*\*

| | | |
|---|---:|---:|
| Total Trustee Fee: | $ | 462.59 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 462.59 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Fees: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Trustee Expenses: | $ | 185.04 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 185.04 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Expenses: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Court Costs Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| **Balance of Administrative Expenses Due:** | $ | 647.63 |

\*\*\*

| | | |
|---|---:|---:|
| **Funds Available for Distribution to Creditors:** | $ | 1,161.23 |

EDWARD J NAZAR
REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202-1117

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CURTIS, JEFFREY ALLEN | ) | Case No. 11-13050 |
| CURTIS, THERESA MARIE | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### AFFIDAVIT

| | |
|---|---|
| STATE OF KANSAS  ) | |
| ) ss. | |
| COUNTY OF SEDGWICK  ) | |

The undersigned, being first duly sworn, states:

1. That he is the Trustee in the above-captioned case.

2. That on the 30th day of September, 2013, he sent out a Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections.

3. That as of the 22nd day of October, 2013, at 9:00 a.m., he reviewed the case file and the docket in the above-captioned case; and

4. As of that date no objections to the Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections had been filed.

FURTHER AFFIANT SAITH NOT.

_____
Edward J Nazar, S.C. #09845
Attorney for Trustee
245 North Waco, Suite 402
Wichita, KS 67202-1117
(316) 262-8361

SUBSCRIBED AND SWORN TO before me this 22nd day of October, 2013.

_____
Notary Public

My Appointment Expires:

KARA J. SIMON
NOTARY PUBLIC
STATE OF KANSAS
My Appt Exp 11.10.2016

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-13050  
Case Name: CURTIS, JEFFREY ALLEN  
CURTIS, THERESA MARIE  
Trustee Name: EDWARD J NAZAR

Balance on hand $ 1,808.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Meritrust Credit Union | $ 10,738.00 | $ 10,738.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 1,808.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: EDWARD J NAZAR | $ 462.59 | $ 0.00 | $ 462.59 |
| Trustee Expenses: EDWARD J NAZAR | $ 185.04 | $ 0.00 | $ 185.04 |

Total to be paid for chapter 7 administrative expenses $ 647.63

Remaining Balance $ 1,161.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Case 11-13050   Doc# 40   Filed 10/23/13   Page 5 of 7

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,362.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Meritrust Credit Union | $ 843.20 | $ 0.00 | $ 11.61 |
| 000002 | Capital One Bank USA NA | $ 2,667.34 | $ 0.00 | $ 36.72 |
| 000003 | Capital One Bank USA NA | $ 567.76 | $ 0.00 | $ 7.81 |
| 000004 | Capital One Bank USA NA | $ 931.27 | $ 0.00 | $ 12.82 |
| 000005 | Quantum3 Group LLC as agent for | $ 619.84 | $ 0.00 | $ 8.53 |
| 000006 | Quantum3 Group LLC as agent for | $ 794.43 | $ 0.00 | $ 10.94 |
| 000007 | U.S. Department of Education | $ 26,728.33 | $ 0.00 | $ 367.91 |
| 000008 | PYOD, LLC its successors and assigns as assignee | $ 10,081.12 | $ 0.00 | $ 138.76 |
| 000009 | Sallie Mae | $ 39,533.10 | $ 0.00 | $ 544.16 |
| 000010 | eCAST Settlement Corporation | $ 219.78 | $ 0.00 | $ 3.03 |
| 000011 | Capital One NA | $ 1,008.82 | $ 0.00 | $ 13.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Investments II LLC | $ 367.56 | $ 0.00 | $ 5.05 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,161.23 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE